# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

POWERMAT TECHNOLOGIES LTD.,

  Plaintiff / Counterclaim-Defendant,

  v.

APPLE INC.,

  Defendant / Counterclaim-Plaintiff.

Case No. 7:26-cv-00045-ADA

**JURY TRIAL DEMANDED**

## JOINT MOTION TO STAY

Plaintiff / Counterclaim-Defendant Powermat Technologies Ltd. ("Powermat") and Defendant / Counterclaim-Plaintiff Apple Inc. ("Apple") (together, the "Parties"), hereby move that the Court stay this action.

The Parties are pursuing adjudication of reasonable and non-discriminatory (RAND) licensing terms—including for the patents Powermat has asserted here—in the High Court of England & Wales: *Apple Inc. & Ors v Powermat Technologies Ltd.* (the "UK Proceedings"), which was filed on March 20, 2026. In the interest of conserving resources, the Parties have agreed to jointly move to stay the above-captioned proceeding and *Apple Inc. v. Powermat Technologies Ltd.*, 1:26-cv-00687-ADA-SH, until further order of the Court. The Parties respectfully submit that a stay will conserve party and judicial resources, and they anticipate the UK Proceedings will resolve the issues presented in this action and the 1:26-cv-00687 action. In both cases before this Court, the Parties have only recently filed initial pleadings, discovery has not yet begun, and no scheduling order has been proposed or entered.

The Parties are available to participate in a hearing with the Court on this motion at the convenience and interest of this Court.

7:26-cv-00045-ADA        1        Joint Motion to Stay

Respectfully submitted,


Dated: May 28, 2026

| | |
|---|---|
| */s/ Kat Li, P.C.* | */s/ Kfir B. Levy* |

Brian C. Nash (Texas Bar No. 24051103)
bnash@mofo.com
**MORRISON & FOERSTER LLP**
300 Colorado Street, Suite 1800
Austin, TX 78701
Telephone: (512) 617-0654

Kat Li, P.C. (Texas Bar No. 24070142)
kat.li@kirkland.com
**KIRKLAND & ELLIS LLP**
401 W. 4th Street
Austin, TX 78701
Telephone: (512) 678-9100

Gregory S. Arovas, P.C. (*pro hac vice*)
Leslie M. Schmidt, P.C. (*pro hac vice*)
greg.arovas@kirkland.com
leslie.schmidt@kirkland.com
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800

F. Christopher Mizzo, P.C. (*pro hac vice*)
John R. Rhine (*pro hac vice*)
chris.mizzo@kirkland.com
john.rhine@kirkland.com
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave, N.W.
Washington, DC 20004
Telephone: (202) 389-5000

David Rokach (*pro hac vice*)
Brian A. Verbus (*pro hac vice*)
david.rokach@kirkland.com
brian.verbus@kirkland.com
**KIRKLAND & ELLIS LLP**
333 W. Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000

Kfir B. Levy
Jamie B. Beaber
Alan M. Grimaldi
William J. Barrow
Michael L. Lindinger
Julia L Haines
Wm. Brady Nash
**MAYER BROWN LLP**
1999 K Street, N.W.
Washington D.C. 20006
(202) 263-3000
jbeaber@mayerbrown.com
klevy@mayerbrown.com
agrimaldi@mayerbrown.com
wbarrow@mayerbrown.com
mlindinger@mayerbrown.com
jhaines@mayerbrown.com
bnash@mayerbrown.com

Mark D. Siegmund
State Bar No. 24117055
**CHERRY JOHNSON SIEGMUND
JAMES** PC 7901 Fish Pond Rd., 2nd Fl.
Waco, TX 76701
Tel: 254-732-2242
msiegmund@cjsjlaw.com

Geoffrey Culbertson
TX Bar No. 24045732
Kelly B. Tidwell
TX Bar No. 20020580
**PATTON, TIDWELL &
CULBERTSON, LLP**
2800 Texas Boulevard (75503)
P.O. Box 5398
Texarkana, TX 75505-5398
(P) 903-792-7080
(F) 903-792-8233
kbt@texarkanalaw.com
gpc@texarkanalaw.com

George Manley (*pro hac vice*)
george.manley@kirkland.com
**KIRKLAND & ELLIS LLP**
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 385-7500

Will Atnipp (Texas Bar. No. 24138775)
will.atnipp@kirkland.com
**KIRKLAND & ELLIS LLP**
609 Main St.
Houston, TX 77002
Telephone: (713) 836-3600

Gina Campanelli (*pro hac vice*)
gina.campanelli@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

*Attorneys for Plaintiff Apple Inc.*

*Counsel for Powermat Technologies Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on May 28, 2026.

By: */s/ Kfir B. Levy*
Kfir B. Levy